FILED

May 10 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br>　　　　Plaintiff,<br>　　v.<br>J. BENAVIDEZ, et al.,<br>　　　　Defendants. | Case No. 22-cv-02658-TSH<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at California Medical Facility ("CMF") in Vacaville, California, filed this *pro se* action under 42 U.S.C. § 1983, alleging violations of his constitutional rights and the Americans with Disabilities Act. The events or omissions giving rise to the claim(s) occurred at CMF, Plaintiff is housed at CMF, and Defendants are CMF employees or prison officials. Vacaville is in Solano County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 5/10/2022

THOMAS S. HIXSON
United States Magistrate Judge